IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONALD SIMMONS, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>STATE OF ALABAMA DEPARTMENT )<br>OF CORRECTIONS, et al., )<br>)<br>Defendants. ) | CASE NO. 2:04-CV-783-F<br>(WO) |

### **ORDER**

Two days prior to the discovery deadline set in the scheduling order entered over nine months ago, Plaintiff filed a *Motion to Compel or in the Alternative Motion to Extend Deadline For Response to Defendant's Motion for Summary Judgment* (Doc. 26, Sept. 13, 2005) asserting, *inter alia*, Defendant's failure to respond to Interrogatories and Request for Production served on or about August 4, 2005. In the absence of the assigned discovery judge, this Magistrate Judge has duly considered the Motion.

Plaintiff offers no excuse for his dilatoriness in seeking necessary discovery from defendants and in seeking the court's intervention; to the extent that he claims an inability to respond to the summary judgment motion without these discovery responses, the court will not disregard his contribution to this plight. Plaintiff's undocumented reference to having had "two telephone conversations with defense counsel and [having] sent via facsimile a letter requesting responses" falls short of the certification necessary to assess his compliance with the mandatory prerequisite of Federal Rule of Civil Procedure 37(a)(2)(A). Finally, no party objected to the deadlines set on January 3, 2005, and the denial on August 1, 2005, of a motion to extend the dispositive motion

deadline provided fair notice of the court's intent to compel strict compliance with deadlines set for discovery and for dispositive motions.

For this good cause, it is, therefore, **ORDERED** that *Plaintiff's alternative motions are each DENIED.*

Done this 15th day of September, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE

FOR

VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE