IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| DONALD SIMMONS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:04-cv-783-MEF |
| | ) |
| STATE OF ALABAMA DEPARTMENT OF CORRECTIONS, | ) |
| | ) |
| Defendant. | ) |

# **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on January 4, 2006 (Doc. #35), said Recommendation is hereby ADOPTED and it is the

ORDER, JUDGMENT and DECREE:

1. That defendant's Motion for Summary Judgment (Doc. #22) is DENIED with respect to plaintiff's complaint that he was discriminated against in violation of Title VII when defendant barred him from working overtime in 2003.

2. That the defendant's motion is GRANTED in all other respects:

DONE this 15th day of February, 2006.

                                               /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE